CHARLES MULLER, Respondent, v. THE POWERS-KENNEDY CONTRACTING CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.